IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03097-WYD-BNB

ANTHONY RUIZ,

Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a Washington limited liability
company,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Amend January 9, 2013 Minute
Order (Doc. 11)** [docket no. 12, filed January 15, 2013] (the "Motion").  My normal practice is
to allow two weeks for settlement papers to be filed.  Because of the date requested in your
previous motion, I extended that time period more than usual.  However,

    IT IS ORDERED that the Motion is GRANTED.  The parties shall file a stipulation or
motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **March 10, 2013**,
or a status report addressing why dismissal has not been accomplished.

DATED:  January 16, 2013